From: CDuncan@Hooters.com
To: opticz06@hotmail.com
CC: bskala@hooters.com; ccole@stateoftext.com; mafanador@hooters.com
Subject: Re: HOA database
Date: Tue, 23 Dec 2014 18:09:48 +0000

Sean,

I'm trying to run a comparison of eClub, HootClub and Text. We have phone numbers in each and want to see our overlap. We are meeting on final 2015 plans before EOY. If you can produce a csv containing number and store I can easily run it next to the 700k users that I already have in the other two systems.

Thanks
Chris

On Dec 23, 2014, at 12:47 PM, S McKesson < opticz06@hotmail.com> wrote:

> Hey Bruce, due to the legal liability of delivering cell phone numbers that were obtained on 36832 leased short code. I will need to ask if you are continuing on 36832 short code to deliver sms messages or were you looking to transitions to another?
>
> Due to the nature of this we don't want another lawsuit opening up based off of TCPA regulations and CTIA best practices violations.
>
> Also are were we hosting keywords, software, web forms and APIs on short code 36832 for 2015 for Hooters.
>
> Thanks,
> Sean McKesson
> 770.295.9301
>
>
> Bruce Skala < bskala@hooters.com> wrote:
>
> The actual cell phone numbers.
>
> Sent from my iPhone
>
> On Dec 23, 2014, at 11:41 AM, S McKesson < opticz06@hotmail.com> wrote:
>
>> Bruce,
>>
>> Are you looking for the "text database information" as in how many cell phone numbers


EXHIBIT 3

you have in each store?  Or are you looking for the actual cell phone numbers that go in the keywords per store?

Thanks
Sean

---

From: bskala@hooters.com
To: sean@stateoftext.com
CC: mafanador@hooters.com; CDuncan@Hooters.com
Subject: HOA database
Date: Tue, 23 Dec 2014 15:47:14 +0000

Sean,

We are working on consolidating our text, email and Hoot Club databases.  Please send us the text database information by store.  I appreciate your assistance.

**BRUCE SKALA**

Vice President, Marketing and Beverages

Hooters of America, LLC

770.951.2040 | hooters.com