IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL ETZEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOOTERS OF AMERICA, LLC,<br><br>Defendant. | CIVIL ACTION NO.<br>1:15-CV-1055-LMM |

## ORDER

This case comes before the Court on Defendant Hooters of America, LLC ("Hooters'") Motion to Dismiss [12]. On June 26, 2015, the Court granted in part Defendant's Motion to Stay [13] this litigation pending the United States Supreme Court's decisions in Robins v. Spokeo, Inc., 742 F.3d 409 (9th Cir. 2014), cert. granted, 135 S. Ct. 1892 (U.S. Apr. 27, 2015) (No. 13-1339), and Gomez v. Campbell-Ewald Co., 768 F.3d 871 (9th Cir. 2014), cert. granted, 135 S. Ct. 2311 (U.S. May 18, 2015) (No. 14-857). Dkt. No. [17]. Because these decisions affect whether the Court has subject matter jurisdiction, Defendant's Motion to Dismiss [12] is **DENIED, without prejudice and with the right to refile.**

IT IS SO ORDERED this 21st day of September, 2015.

_____
**Leigh Martin May**
**United States District Judge**