IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL ETZEL, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

HOOTERS OF AMERICA, LLC,

    Defendant.

CIVIL ACTION NO.
1:15-CV-1055-LMM

## ORDER

This case comes before the Court on Plaintiff's Request to Lift Stay [27]. On June 26, 2015, the Court partially stayed this litigation pending the United States Supreme Court's decisions in <u>Robins v. Spokeo, Inc.</u>, 742 F.3d 409 (9th Cir. 2014), <u>cert. granted</u>, 135 S. Ct. 1892 (U.S. Apr. 27, 2015) (No. 13-1339), and <u>Gomez v. Campbell-Ewald Co.</u>, 768 F.3d 871 (9th Cir. 2014), <u>cert. granted</u>, 135 S. Ct. 2311 (U.S. May 18, 2015) (No. 14-857). Dkt. No. [17]. Because the Supreme Court has now issued opinions in <u>Spokeo</u>, No. 13-1339, 2016 WL 2842447 (U.S. May 16, 2016), and <u>Campbell-Ewald</u>, 136 S. Ct. 663 (2016), the Court **LIFTS THE STAY** in this matter.

**IT IS SO ORDERED** this 26th day of May, 2016.

Leigh Martin May
**United States District Judge**