IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL ETZEL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>HOOTERS OF AMERICA, LLC,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br>1:15-cv-01055-LMM |

**PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF CLASS NOTICE, AND <u>SCHEDULING OF A FINAL APPROVAL HEARING</u>**

The Plaintiff, Michal Etzel ("Plaintiff"), respectfully, moves this Court for an order pursuant to Rule 23 of the Federal Rules of Civil Procedure:

1) finding that the proposed Settlement is sufficiently fair, reasonable, and adequate to notify the members of the Settlement Class;

2) preliminarily certifying the proposed Settlement Class, for purposes of the Proposed Settlement only;

3) appointing Plaintiff's counsel as Class Counsel for the proposed Settlement, and appointing Plaintiff to serve as the Class Representatives for the proposed Settlement Class;

4) appointing KCC LLC to act as the claims administrator;

1

5) establishing a date for a hearing on final approval of the Proposed Settlement;

6) approving the form of notice to the Settlement Class, claim form, and registration form;

7) approving the notice plan and directing that notice be mailed and published;

8) instituting a stay of all proceedings against the Releasees in this action based on the facts alleged in the Class Action;

9) establishing a deadline for filing papers in support of final approval of the proposed Settlement;

10) establishing a deadline for the filing of objections by members of the proposed Settlement Class; and

11) establishing a deadline for members of the proposed Settlement Class to exclude themselves from the proposed Settlement.

In support of this motion, Plaintiff submits herewith a Memorandum of Law with supporting exhibits, which is incorporated herein by reference. A Proposed Order is also attached.

This 9th day of August, 2017.

                CARR & WEATHERBY, LLP

                s/Pitts Carr
                W. Pitts Carr
                Georgia Bar No. 112100
                Alex D. Weatherby
                Georgia Bar No. 819975

10 North Parkway Square
4200 Northside Parkway, NW

Atlanta, Georgia  30327
404/442-9000 Telephone
404/442-9700 Facsimile
pcarr@wpcarr.com
aweatherby@wpcarr.com

                WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

                Nicholas P. Panayotopoulos
                Georgia Bar No. 560679
                Nancy F. Rigby
                Georgia Bar No. 605453

3344 Peachtree Road, Suite 2400
Atlanta, Georgia  30326
404/876-2700 Telephone
404/875-9433 Facsimile
npanayo@wwhgd.com
nrigby@wwhgd.com

                LAW OFFICE OF DAVID GHATTAS

                David Ghattas
                Georgia Bar No. 292457

1265 Seven Springs Circle
Marietta, Georgia 30068
404/643-1249 Telephone
dghattas1@aol.com

                *Attorneys for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the within and foregoing **MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** was served via the Court's ECF system, which automatically sends notice of such filing to the following:

Alisa P. Cleek
Georgia Bar No. 581063
TAYLOR ENGLISH DUMA, LLP
1600 Parkwood Circle, Suite 400
Atlanta, Georgia 30339

Becca J. Wahlquist
SNELL & WILMER L.L.P.
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, California 90071
*Attorneys for Defendant Hooters of America, LLC*

This 9th day of August, 2017.

CARR & WEATHERBY, LLP

s/Pitts Carr
W. Pitts Carr
Georgia Bar No. 112100
Alex D. Weatherby
Georgia Bar No. 819975

10 North Parkway Square
4200 Northside Parkway, NW
Atlanta, Georgia  30327
404/442-9000 Telephone
404/442-9700 Facsimile