IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL ETZEL, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>HOOTERS OF AMERICA, LLC,<br><br>        Defendant. | CIVIL ACTION FILE NO.<br>1:15-CV-01055-LMM |

### DEFENDANT'S NOTICE OF FILING ORIGINAL DISCOVERY MATERIALS

Pursuant to the Court's Order dated August 10, 2017 [Dkt. 55], Defendant Hooters of America, LLC, by and through its undersigned counsel of record, hereby files the August18, 2017 Affidavit of Cal Everett.  The Affidavit is attached hereto as **Exhibit A.**

Respectfully submitted this 18th day of August 2017.

                                    /s/Alisa P. Cleek
                                    Alisa P. Cleek
                                    Georgia Bar No. 581063

TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
(678) 426-4624 Telephone
(770) 434-7376 Facsimile
acleek@taylorenglish.com

{00984927.DOCX / }

-2-

                                                    <u>/s/  Becca Wahlquist</u>
                                                    Becca Wahlquist (*pro hac vice*)

SNELL & WILMER L.L.P.
350 S. Grand Ave.  Suite 3100
Los Angeles, CA  90071
(213) 929-2544 Telephone
bwahlquist@swlaw.com

Attorneys for Defendant Hooters of America, LLC

{00984927.DOCX / }

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL ETZEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOOTERS OF AMERICA, LLC,<br><br>Defendant. | CIVIL ACTION FILE NO.<br>1:15-CV-01055-LMM |

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2017, I electronically filed the foregoing **DEFENDANT'S NOTICE OF FILING ORIGINAL DISCOVERY MATERIALS** with the Clerk of Court using the CM/ECF System which will automatically send email notification to all counsel of record.

Respectfully submitted, the 18th day of August 2017.

/s/Alisa P. Cleek
Alisa P. Cleek
Georgia Bar No. 581063