IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL ETZEL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>HOOTERS OF AMERICA, LLC,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br>1:15-cv-01055-LMM |

**ORDER GRANTING PLAINTIFF'S MOTION FOR AWARD, ATTORNEYS' FEES, AND REIMBURSEMENT OF EXPENSES**

The Court has reviewed and Considered *Plaintiff's Motion for Service Award, Attorneys' Fees, and Reimbursement of Expenses*. The Defendant has not objected to the Motion, and no Class Member objected to the requested award after notice. The Court finds the Motion to be well supported and, accordingly,

IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Counsel shall receive a total of $440,000 from the Settlement Fund (equaling $437,417.48 in legal fees and $2,582.52 in expenses). This amount is supported by the Common Fund Analysis, as numerous courts within this District and the Eleventh Circuit have approved fees of approximately 30%. See, e.g., In re

[1]

Friedman's, Inc., 2009 U.S. Dist. LEXIS 43758 *14-15 (N.D. Ga. May 22, 2009) (Duffey, W.) (gathering cases); In re BellSouth Corp. Secs. Litig., 2007 U.S. Dist. LEXIS 98429 *10 (N.D. Ga. Apr. 9, 2007) (Duffey, W.) (awarding 30% of the $35M settlement); In re CryoLife Sec. Litig., 2005 U.S. Dist. LEXIS 50148 (N.D. Ga. Nov. 9, 2005) (Martin, B.) (awarding 30% of the $23.25M settlement); In re Profit Recovery Group Int'l, Inc., 2005 U.S. Dist. LEXIS 50149 *9-10 (N.D. Ga. May 26, 2005) (Cooper, C.) (awarding 33 1/3% of $6.75M settlement); In re Clarus Corp. Sec. Litig., 2005 U.S. Dist. LEXIS 50147 (N.D. Ga. Jan. 6, 2005) (Pannell, C.) (awarding 33 1/3% of $4.5M settlement fund); Wreyford v. Citizens for Transp. Mobility, Inc., 2014 U.S. Dist. LEXIS 188522 (King, J.) (awarding 33 1/3 of approximately 300K settlement fund).

The reasonableness of this fee is further confirmed under the lodestar analysis, which shows a multiplier of .92. This is lower than the 2-4 multiplier often approved in class actions in this Circuit. Behrens v. Wometco Enterprises, Inc., 118 F.R.D. 534, 549 (S.D. Fl. 1988); Pinto v. Princess Cruise Lines Ltd., 513 F. Supp. 2d 1334, 1344 (S.D. Fl. 2007) (approving requested fee with lodestar of less than two, and noting "three appears to be the average"); Ingram, 200 F.R.D. at 696 (Judge Story found lodestar of "between 2.5 and 4" appropriate); Columbus Drywall & Insulation v. Masco Corp., 2012 U.S. Dist. LEXIS 196030 at *12 (N.D. Ga. Oct. 26, 2012)

(Judge Carnes found a lodestar of "four" appropriate).

2. The Class Representative shall receive $10,000 to compensate him for the time he invested in this case and the risk he undertook of non-recovery. This award is in line with awards within this District. Nelson v. Mead Johnson &Johnson Co., 484 Fed. Appx. 429, 432 (11th Cir. 2012) (approving District Court's award of $10,000 as incentive to class representative); In re Food Service Equip. Hardware Antitrust Litig., No. 1:10-cv-1849-WSD, Dkt. 123 (approving $10,000 incentive award out of class settlement of $1.8 million); Schwyhart v. AmSher Collection Servs., 2017 U.S. Dist. LEXIS 39559 *9 (N.D. Ala. Mar. 16, 2017) (approving $10,000 service award for class representative in a TCPA case, where settlement was less than $1 million).

3. HOA shall pay these awarded sums to Class Counsel no later than thirty (30) days of this Order; and,

4. Class Counsel shall have authority to distribute any attorneys' fees and expenses awarded from the settlement in a manner which, in the opinion of Class Counsel, fairly compensates the Plaintiff's Counsel's firms for their services as described in their Declarations. Class Counsel shall provide the Service Award to the Class Representative within thirty (30) days of receipt from HOA.

SO ORDERED this 2nd day of February, 2018

_____
Leigh Martin May
United States District Judge